UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
RUBY LEDBETTER                 )
Parent and Next Friend         )
of G.E., a minor, et al.       )
                               )
            Plaintiffs         )
                               )
                               )   Civ. No. 07-1396 (EGS)
                               )
        v.                     )
                               )
                               )
NEW SCHOOL FOR ENTERPRISE AND  )
DEVELOPMENT PUBLIC             )
CHARTER SCHOOL ,               )
                               )
            Defendant.         )
_____)
```

## ORDER

It is by the Court hereby

**ORDERED** that, pursuant to Fed. R. Civ. P. 55(a), the Clerk of the Court is directed to enter a default against defendant in this case; and it is

**FURTHER ORDERED** that this case is REMOVED from the active calendar of the Court without prejudice to further proceedings as may be appropriate by plaintiff to obtain judgment against the defendant.

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**December 13, 2007**