UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUBY LEDBETTER,**<br>parent and next friend of G.E.,<br>a minor.<br>        Plaintiffs,<br><br>v.<br><br>**NEW SCHOOL FOR ENTERPRISE<br>AND DEVELOPMENT PUBLIC<br>CHARTER SCHOOL**<br>        Defendant. | Civil Action No. : 07-01396(EGS) |

**PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT**

COME NOW, the Plaintiffs, by and through their attorneys, Roxanne D. Neloms, and Domiento C.R. Hill of James E. Brown & Associates, PLLC, and pursuant to Federal Rule of Civil Procedure 55(b)(2) respectfully move this Honorable Court for entry of default judgment against the Defendant for the reasons that are more specifically hereinafter set forth:

1. That on August 1, 2007, Plaintiffs filed a complaint seeking reimbursement for reasonable attorney fees pursuant to the Individuals with Disabilities Education Improvement Act of 2004 (IDEIA), on that same date a process server attempted to complete service on Charles E. Tate, Registered Agent for New School for Enterprise and Development Public Charter School.

2. That upon his arrival at New School for Enterprise and Development Public Charter School, he was informed that New School for Enterprise no longer operated in that building and that the building had been renamed Washington Math, Science & Technology Public Charter School and that Charles E. Tate was not the registered agent for WMST.

3. That on October 24, 2007, service of process was effectuated upon the Superintendent of Corporations pursuant to the rules of this court.

4. That the time within which the Defendant was required to lodge their answer to the Complaint expired on the 13th day of December 2007.

5. That the time within which the Defendant was required to file an answer was not extended nor tolled by this Honorable Court.

6. That as a result of the Defendant's failure to file an answer in a timely manner the Clerk entered a default on December 14, 2007 against the New School for Enterprise and Development Public Charter School.

7. That the Plaintiffs now seek judgment against the Defendant in the sum total of $9,652.96.

**WHEREFORE**, these premises considered, Plaintiffs respectfully prays as follows:

1. That this Honorable Court enter an order of default judgment against the Defendant in the sum total of $9,652.96;

2. And for such other and further relief as to this Honorable Court is just and equitable under the circumstances.

Respectfully Submitted,
        /s/
Domiento C.R. Hill[MD14793]
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
(202)742-2000
***Attorneys for Plaintiffs***

## **POINTS AND AUTHORITIES**

1. The record herein.

2. Rule 55 (b)(2).

3. Affidavit for Judgment

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUBY LEDBETTER,**<br>parent and next friend of G.E.,<br>a minor.<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**NEW SCHOOL FOR ENTERPRISE<br>AND DEVELOPMENT PUBLIC<br>CHARTER SCHOOL**<br>　　　　　Defendant. | Civil Action No. : 07-01396(EGS) |

**PLAINTIFFS' AFFIDAVIT IN SUPPORT
OF MOTION FOR ENTRY OF JUDGMENT**

　　I hereby certify under the penalty of perjury, this 15th day of February 2008 that I am the attorney of record for the Plaintiffs in the above-entitled case; that the defendant(s) New School for Enterprise and Development Public Charter School were personally served on October 24, 2007. Service of process was effectuated upon the Superintendent of Corporations pursuant to the rules of this court.

　　I further certify under penalty of perjury that no appearance has been entered by said defendants in this case; no pleadings have been filed and none served upon the attorney for the plaintiffs; no extension have been given nor requested and that the defendants are neither an infant or an incompetent person.

[signature page to follow]

        Respectfully Submitted,
        /s/
        Roxanne D. Neloms [478157]
        Domiento C.R. Hill[MD14793]
        James E. Brown & Associates, PLLC
        1220 L Street, N. W., Suite 700
        Washington, D.C. 20005
        (202)742-2000
        ***Attorneys for Plaintiffs***