UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUBY LEDBETTER,  )
parent and next friend of G.E.,  )
a minor.  )
        Plaintiffs,  )   Civil Action No. : 07-01396(EGS)
        v.  )
NEW SCHOOL FOR ENTERPRISE  )
AND DEVELOPMENT PUBLIC  )
CHARTER SCHOOL  )
        Defendant.  )

## AFFIDAVIT OF ROXANNE D. NELOMS

I, Roxanne D. Neloms, first being duly sworn under oath and deposes and states as follows:

1. That I am admitted to the District of Columbia having been admitted in May 2002.

2. That I have practiced in the area of special education law since 2003 and have handled and participated in the litigation of over 250 cases in that span of time.

3. That these firm frequently represents low income families seeking legal representation for their children's special education needs.

4. That from time to time I have taken continuing legal education courses in this area to stay abreast of new developments and cases in special education as well.

5. That my hourly rates for work that I performed, in accordance with the *Laffey* Matrix, during the relevant period was Two Hundred and Forty-Five Dollars ($245.00) per hour.

6. That from September 2001 to September 2003, I clerked for the Honorable William P. Greene at the United States Court for Veteran Appeals, where I was responsible for drafting memorandum decisions and etc.

[signature to follow]

_____
ROXANNE D. NELOMS

DATED: June 13, 2008

Subscribed and sworn before me this

_____ _Kelly Dau_____
Notary Public

Kelly Dau
Notary Public, District of Columbia
My Commission Expires 1-1-2010

2

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Ledbetter

June 13, 2008

Invoice #10012

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/13/2006 | Phone call from opposing counsel; discussion about the conflict of Rule 16.3 (b); informed that the judge would make a decision. | 0.25<br>245.00/hr | 61.25 |
| 11/28/2006 | review docket with attorney and update calendar with upcoming events | 0.50<br>115.00/hr | 57.50 |
| 7/18/2007 | rescanned exhibits and saved as pdf files in S drive/completed tabbing and biding of exhibits sets for filling | 1.00<br>115.00/hr | 115.00 |
| 8/30/2007 | fax and email copy of complaint exhibits to Superintendent of Corporations/includes copy and mailing | 0.42<br>115.00/hr | 48.30 |
| 9/5/2007 | Draft of default judgment. | 0.92<br>245.00/hr | 225.40 |
| 9/10/2007 | Discussion with process server about the need of the affidavit.  Draft of affidavit for Mr. Boston | 0.58<br>245.00/hr | 142.10 |
| 3/14/2008 | Drafted Motion for Default. Provided for ECF. | 1.00<br>245.00/hr | 245.00 |
| 3/18/2008 | ECF-file- file motion for summary judgement and affidavit. Getting error contacted Office Clerk's for assistance/system was down/email documents to Joe Burgess to file | 0.75<br>115.00/hr | 86.25 |
|  | For professional services rendered | 5.42 | $980.80 |

Ledbetter                                                                                      Page    2

    Additional Charges :

|  | Amount |
|---|---|
| 8/3/2007 | 7.25 |
| Total additional charges | $7.25 |
| Total amount of this bill | $988.05 |
| Balance due | $988.05 |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Ledbetter

June 13, 2008

|  | Amount |
|---|---:|
| Previous balance | $988.05 |
| Balance due | $988.05 |