UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
RUBY LEDBETTER                 )
Parent and Next Friend         )
of G.E., a minor, et al.       )
                               )
              Plaintiffs       )
                               )
                               )    Civ. No. 07-1396 (EGS)
                               )
       v.                      )
                               )
                               )
NEW SCHOOL FOR ENTERPRISE AND  )
DEVELOPMENT PUBLIC             )
CHARTER SCHOOL,                )
                               )
              Defendant.       )
_____)
```

## ORDER

Pending before the Court is Plaintiffs' Motion for Default Judgment. In view of the Clerk's Entry of Default in this case on December 14, 2007, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Clerk is directed to enter judgment for Plaintiffs in the sum of $8,755.91; and it is

**FURTHER ORDERED** that this case is removed from the active calendar of the Court without prejudice to further proceedings as may be appropriate by Plaintiff to enforce this judgment against the Defendant.

```
Signed:    Emmet G. Sullivan
           United States District Judge
           June 16, 2008
```