UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUBY LEDBETTER , Parent and
Next Friend of G.E., a Minor, et al
      Plaintiff,

v.                                                  Civil Action No. 07-1396(EGS)

NEW SCHOOL FOR ENTERPRISE
AND DEVELOPMENT PUBLIC
CHARTER SCHOOL
      Defendant

## JUDGMENT
## FOR PLAINTIFF

This Cause having been considered by the Court on Plaintiff's Motion for Default Judgment, before the Honorable Emmet G. Sullivan, Judge presiding, it is

ORDERED that Plaintiffs' Motion is Granted; and it is.

FURTHER ORDERED that the Clerk is directed to enter judgement for Plaintiffs in the sum of $8,755.91; and it is

FURTHER ORDERED that this case is removed from the active calendar of the Court without prejudice to further proceedings as may be appropriate by Plaintiff to enforce this judgment against the Defendant.

NANCY MAYER-WHITTINGTON, Clerk

Dated: June 16, 2008                                                            By:_____
                                                                                    Carol Votteler, Deputy Clerk